**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>   )<br>   v.                               )<br>   )<br>**SIREKO LOMON NETTLES**        ) | **CRIMINAL ACTION NO.**<br>**2:20cr141-MHT**<br>**(WO)** |

### DISMISSAL ORDER

Upon consideration of the government's motion to dismiss the indictment (Doc. 57), and based on the court's understanding that the defendant agrees to the dismissal being *without prejudice*, it is ORDERED that:

(1) The motion is granted.

(2) The indictment (Doc. 1) is dismissed without prejudice in the interests of justice.

(3) Defendant Sireko Lomon Nettles is discharged.

DONE, this the 15th day of October, 2021.

                                      /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**